MAHONEY v. RONNIE'S ROAD SERVICE

No. 171A96

Case below: 122 N.C. App. 151

Notice of appeal by plaintiffs (substantial constitutional question) dismissed 5 September 1996. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 September 1996.

MEYER v. WALLS

No. 271PA96

Case below: 122 N.C. App. 507

Petition by defendants (Buncombe County Social Services, Calvin E. Underwood, Jr., Kay Barrow & Mackey Miller) for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

MINTON v. LOWE'S FOOD STORES

No. 169P96

Case below: 121 N.C. App. 675

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

MOORE v. FLORIDA POWER & LIGHT CO.

No. 319P96

Case below: 122 N.C. App. 753

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

MORTENSEN v. MAGNETI MARELLI U.S.A.

No. 286P96

Case below: 122 N.C. App. 486

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.